A10A0972. SARIF et al. v. NOVARE GROUP, INC. et al.
(730 SE2d 150)

MILLER, Judge.

In *Novare Group v. Sarif*, 290 Ga. 186 (718 SE2d 304) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *Sarif v. Novare Group*, 306 Ga. App. 741 (703 SE2d 348) (2010). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment vacated. Phipps, P. J., and McFadden, J., concur.*

DECIDED JULY 6, 2012.

*Weinstock & Scavo, Wallace H. Ehrenclou, James R. Fletcher II*, for appellants.
*Troutman Sanders, William N. Withrow, Jr., Thomas E. Reilly, Brian P. Watt*, for appellees.